UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-80188-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AUNDRE AARONS,

    Defendant.
_____/

### ORDER GRANTING THE DEFENDANT'S MOTION TO PERMIT COMPUTER AT TRIAL

This matter is before the Court on the Defendant's Motion to Permit Computer During Trial at docket entry 292. It is **ORDERED** that the Motion is **GRANTED**. Counsel Ron D. Herman may bring a computer to the courtroom for trial during the weeks of January 29th and February 5th, 2024.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 24th day of January, 2024.

                                                                       _____
                                                                       ROBIN L. ROSENBERG
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record